UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03-md-1570 (GBD)(SN) |
| | ECF Case |
| This document relates to: | 18-cv-12001 (GBD)(SN) |
| *Aronow, et al v. Islamic Republic of Iran* | ECF Case |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 1 9 2020

## ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ARONOW II PLAINTIFFS IDENTIFIED AT EXHIBIT A

Upon consideration of the evidence and arguments submitted by Plaintiffs identified in Exhibit A to this Order, plaintiffs in *Aronow, et al v. Islamic Republic of Iran,* who are each the estate of a victim of the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islamic Republic of Iran ("Iran Defendant") entered on September 11, 2019 (ECF No. 22), together with the entire records in this case, it is hereby;

**ORDERED** that service of process was effected upon the Iran Defendant in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants;

**ORDERED** that partial final judgment is entered against the Iran Defendant and behalf of the Plaintiffs in *Aronow, et al. v. The Islamic Republic of Iran*, Case No. 19-cv-44, as identified in the attached Exhibit A, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in the amount of $2,000,000 per estate, as set forth in Exhibit A; and it is

**ORDERED** that Plaintiffs identified in the expert reports attached as Exhibits B-C to the

Noel J. Nudelman Declaration, dated January 15, 2020 (and identified in Exhibit A), are awarded

economic damages as set forth in Exhibit A and as supported by the expert reports and analyses

submitted as Exhibits B-C of the Noel J. Nudelman Declaration, and it is

**ORDERED** that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96

percent per annum, compounded annually, running from September 11, 2001 until the date of

judgment; and it is

**ORDERED** that Plaintiffs identified in Exhibit A may submit an application for punitive

damages, economic damages, or other damages (to the extent such awards have not previously

been ordered) at a later date consistent with any future rulings made by this Court on this issue,

and it is

**ORDERED** that the remaining Aronow Plaintiffs not appearing on Exhibit A, may submit

in later stages applications for damages awards, and to the extent they are for solatium or by estates

for compensatory damages' for decedents pain and suffering from the September 11 attacks, they

will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.

Dated: New York, New York
   FEB 1 9 2020
_____, 2020

**SO ORDERED:**

_George B Daniel_

GEORGE B. DANIELS
United States District Judge

# EXHIBIT A

**EXHIBIT A**

**TO PROPOSED ORDER OF JUDGMENT IN *ARONOW II***

| # | DECEDENT FIRST NAME | DECEDENT MIDDLE NAME | DECEDENT LAST NAME | PLAINTIFF SUFFIX | DECEDENT PAIN AND SUFFERING | DECEDENT PAIN AND SUFFERING PREVIOUSLY AWARD | DECEDENT ECONOMIC LOSS | TOTAL FINAL JUDGMENT AMOUNT FOR ESTATE |
|---|---|---|---|---|---|---|---|---|
| 1 | Richard | Avery | Aronow | | $2,000,000 | | $12,948,532 | $14,948,532 |
| 2 | Brian | Joseph | Murphy | | $2,000,000 | | $15,405,844 | $17,405,844 |

Total: $32,354,376